

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    **CLERK**                                                                                    (312) 435-5691

November 30, 2011

Ms. Geri Smith, Clerk
United States District Court
Carl B. Stokes United States Court House
801 West Superior Avenue, Room 2-161
Cleveland, OH 44113

**RE:**   Fellowes, Inc. v. Royal Appliance Mfg. Co.
**Case No:**   11cv4229

Dear Clerk:

Pursuant to the order entered by Honorable Harry D. Leinenweber, on November 10, 2011, the above record as to claims against Royal Appliance Mfg. Co.

■   was electronically transmitted to USDC for the Northern District of Ohio.

Sincerely yours,
**Michael W. Dobbins, Clerk**

By:   /s/ Thelma Murry-Sykes
         Deputy Clerk

New Case No. _____          Date _____

cc:   Non-ECF Attorneys and Pro se Parties